IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 05-cr-00459-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

#2 RUTH SUGEY SIGUENZA-MENDOZA,

    Defendant.

_____

**ORDER**
_____

    The court construes defendant's Notice of Disposition as a motion to change his plea and to have the court consider the terms of the parties' plea agreement.  Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.  The trial date and motions hearing are vacated.  A change of plea hearing will be held **April 19, 2006, at 3:00 p.m.**

    DATED at Denver, Colorado, on February 8, 2006.

                                    BY THE COURT:

                                    s/ Walker D. Miller
                                    United States District Judge