IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00459-WDM-02

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  RUTH SUGEY SIGUENZA-MENDOZA

      Defendant,

## ORDER OF DISMISSAL WITH PREJUDICE

This matter coming on for consideration pursuant to the Government's Motion to Dismiss Indictment with Prejudice as to Defendant Ruth Sugey Siguenza-Mendoza (Only) filed on February 22, 2006, and the Court being fully advised on the premises, hereby orders as follows:

1. That the charges against the defendant, Ruth Sugey Siguenza-Mendoza, as set forth in the Indictment, be and are hereby dismissed with prejudice.

2. The defendant, Ruth Sugey Siguenza-Mendoza, be released subject to any other detainers now lodged against her.

3. The hearing for change of plea now set for April 19, 2006 at 3:00 p.m., is hereby vacated.

Dated this __22nd__ day of February, 2006.

BY THE COURT:

WALKER D. MILLER, JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO